1  LAWRENCE G. BROWN
   Acting United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>APPROXIMATELY $21,770.00 IN<br>U.S. CURRENCY,<br><br>      Defendant. | 2:08-CV-01890-MCE-GGH<br><br>FINDINGS AND RECOMMENDATIONS |

This matter came before the Honorable Gregory G. Hollows on plaintiff United States' ex parte motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the defendant currency to oppose plaintiff's motion. Based on plaintiff's motion and the files and records of the court, THE COURT FINDS as follows:

1. This action arose out of a Verified Complaint for Forfeiture In Rem filed August 13, 2008.

2. Plaintiff United States of America has moved this Court, pursuant to Local Rule A-540, for entry of default judgment of forfeiture against potential claimants Rodolfo Gabriel Gonzalez, Alex Cuellar, and Claudine Ruvalcaba-Camacho.

1

1    3.   Plaintiff has shown that a complaint for forfeiture was
2 filed; that potential claimant Rodolfo Gabriel Gonzalez received
3 actual notice of the forfeiture action; that the government made
4 diligent efforts to give actual notice to claimants Alex Cuellar
5 and Claudine Ruvalcaba-Camacho; that any and all other unknown
6 potential claimants have been served by publication; and that
7 grounds exist for entry of a final judgment of forfeiture.
     Therefore, IT IS RECOMMENDED as follows:
     4.   That Rodolfo Gabriel Gonzalez, Alex Cuellar, and
Claudine Ruvalcaba-Camacho be held in default;
     5.   That plaintiff's motion for default judgment and final
judgment of forfeiture be granted;
     6.   That a judgment by default be entered against any right,
title or interest of potential claimants Rodolfo Gabriel
Gonzalez, Alex Cuellar, and Claudine Ruvalcaba-Camacho in the
defendant currency;
     7.   That a final judgment be entered, forfeiting all right,
title and interest in the defendant currency to the United States
of America, to be disposed of according to law.
     8.   That the Default Judgment and Final Judgment of
Forfeiture lodged herein be signed by the Honorable Morrison C.
England, Jr. and filed by the Clerk of the Court.
Dated: 03/05/09

/s/ Gregory G. Hollows
_____
United States Magistrate Judge

$21,770.def