1  LAWRENCE G. BROWN
   Acting United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2723

5  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:08-CV-01890-MCE-GGH |
| Plaintiff, | DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE |
| v. | |
| APPROXIMATELY $21,770.00 IN U.S. CURRENCY, | |
| Defendant. | |

This matter came before the Honorable Magistrate Judge Gregory G. Hollows on plaintiff United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the defendant currency to oppose plaintiff's motion. The Magistrate Judge has recommended that plaintiff's motion for default judgment be granted. Based on the Magistrate Judge's Findings and Recommendations and the files and records of the Court, it is

ORDERED, ADJUDGED AND DECREED:

1. The Magistrate Judge's Findings and Recommendations are adopted herein.

///

1

2.   Rodolfo Gabriel Gonzalez, Alex Cuellar, and Claudine Ruvalcaba-Camacho are held in default;

        3.   A judgment by default is hereby entered against any right, title or interest of Rodolfo Gabriel Gonzalez, Alex Cuellar, and Claudine Ruvalcaba-Camacho in the defendant currency referenced in the above-caption;

        4.   A final judgment is hereby entered, forfeiting all right, title and interest in the defendant currency to the United States of America, to be disposed of according to law.

        5.   All parties shall bear their own costs and attorneys' fees.

        IT IS SO ORDERED.

 Dated: March 11, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE