UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA 95814

USA

    v.

**Approximately $21,770.00 in U.S. Currency, et al.,**

_____

DEFAULT JUDGMENT

Case No. CIV S-2:08-cv-01890 MCE GGH

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

    Rodolfo Gabriel Gonzalez, Alex Cuellar, and Claudine Ruvalcaba-Camacho

March 12, 2009

VICTORIA C. MINOR, CLERK

By: _____ /s/ A. Kastilahn__
A. Kastilahn, Deputy Clerk